MAY 11, 1944

**No. 6008.**—————*Nicholas Gal et al.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 5995. Motion by plaintiff.